**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**TAREYAN COOKS,**
**Inmate # 182317,**

     *Plaintiff,*

**v.**                                                      **Case No.: 4:25cv536-MW/MAF**

**B. ABRAHAM, et al.,**

     *Defendants.*
_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for failure to prosecute and failure to comply with a Court Order." The Clerk shall close the file.

**SO ORDERED on March 16, 2026.**

                         **s/Mark E. Walker_____**
                         **United States District Judge**